# UNITED STATES DISTRICT COURT
## District of Minnesota

Xue Lor

Plaintiff(s),

v.

Markwayne Mullin, Todd M. Lyons, David Easterwood, Ryan Shea

Defendant(s).

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-02979-PAM-EMB**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The Petition (Docket No. 1) is DENIED; and
2. This action is DISMISSED.

Date: 7/17/2026

KATE M. FOGARTY, CLERK